# United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge
Criminal No. 1:25-cr-00024-02-03-SMR-HCA   :   Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. Amber Lea Walker, Chelsei Dana Sue Rogers

---

Gov. Atty(s): Shelly M. Sudmann : ☑ Indictment ☐ Superseding Indictment ☐ Information
Def. Atty(s): Stuart J. Dornan, Sean M. Conway : ☐ Complaint ☐ Warrant ☐ Summons
Def. Appears: ☑ In Person ☐ Video Conference : Code Violation/Offense:
☐ All Parties Consent to Video Proceeding : 21:841(a)(1) and 841(b)(1)(A). Possession with Intent to
Court Reporter: FTR Gold : Distribute a Controlled Substance (Methamphetamine) (3)
Interpreter: N/A :
☐ Interpreter Sworn

Date: 4/25/2025
Initial Appearance Start Time: 11:18 am   Arraignment Start Time: 11:22 am   End Time: 11:29 am

## Initial Appearance

☑ Advised of Rights : ☐ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights : ☑ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No : ☐ Retained Counsel
☑ Rule 5 Admonition Given :

## Arraignment

Trial Scheduled for: 6/9/2025 : ☑ Advised of Charges/Maximum Penalties
Rule 16 Material due: 5/5/2025 : ☑ Indicted in True Name
Reciprocal Discovery due: 5/15/2025 : True Name: Amber's middle name is Lea, not Lee
Pretrial Motions due: 5/16/2025 : ☑ Reading of Indictment Waived
Plea Notification Deadline: 5/14/2025 : Plea of Not Guilty Accepted as to Ct(s): 3
Plea Entry Deadline: 5/16/2025 : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only): : ☑ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

☑ Government Moved for Detention :
☐ Defendant Waived Preliminary Examination : Detention Hearing Set:
☑ Defendant Waived Detention Hearing : Before:
Court Ordered Defendant: : Courthouse:                Room:
☐ Released on Bond : Revocation Hearing Set:
☑ Detained : Before:
 : Courthouse:                Room:

---

Government moves to amend the Indictment to correct Amber's middle name from Lee to Lea; no objection.
Court grants Governments Motion to amend the Indictment to correct Amber's middle from Lee to Lea.

/s/ V. Rule
Deputy Clerk